**Order entered May 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00177-CR
No. 05-15-00178-CR

**CHARNEEQUA ANETASI SHERRIA HUNTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-53802-R, F14-59240-R**

## ORDER

The Court **REINSTATES** the appeals.

On May 1, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On May 4, 2015, we received appellant's briefs, together with extension motions. Therefore, in the interest of expediting the appeals, we **VACATE** the May 1, 2015 order requiring findings.

We **GRANT** the May 4, 2015 extension motions and **ORDER** appellant's briefs filed as of the date of this order.

/s/    ADA BROWN
       JUSTICE